# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | |
| v. : | CRIMINAL ACTION NO. |
| : | 1:10-CR-454-01-RWS |
| DANIEL CHRISTIAN, : | |
| : | |
| Defendant. : | |

## **ORDER**

This case is before the Court for consideration of the Report Recommendation [50] of Magistrate Judge Linda T. Walker. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion to Suppress Evidence [20] is hereby **DENIED**.

**SO ORDERED** this  31st  day of, January 2012.

_/s/ Richard W. Story_
**RICHARD W. STORY**
United States District Judge